

B.V., Individually and as Guardian Ad Litem of J–C.V., an incompetent minor, Plaintiff–Appellant,

v.

EDUCATION DEPARTMENT OF the State of HAWAII, Defendant–Appellee.

No. 06–15157.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 5, 2007.

Filed Feb. 12, 2008.

Carl M. Varady, Honolulu, HI, for the plaintiff-appellant.

Aaron H. Schulaner, Deputy Attorney General, Honolulu, HI, for the defendant-appellee.

Before: DIARMUID F. O'SCANNLAIN, A. WALLACE TASHIMA, and MILAN D. SMITH, JR., Circuit Judges.

## ORDER

We affirm the judgment of the district court for the reasons set forth in its *Order Denying Plaintiff's Motion to Reverse Hearing Officer's Decision and Order*,[1] and reported as *B.V. v. Department of*

*Education, State of Hawaii,* 451 F.Supp.2d 1113 (D.Haw.2005).

**AFFIRMED.**

Gregory PARK; Yong Ho Park; Dong Yeon Park; Jung Hyun Park, Plaintiffs–Appellants,

v.

Michael B. MUKASEY,* Attorney General; Michael Chertoff, Secretary of Department of Homeland Security; William D. McNamee, District Director of U.S. Citizenship and Immigration Services, Department of Homeland Security; Immigration & Customs Enforcement, Portland District Director or Officer in Charge; Condoleezza Rice, U.S. Secretary of State, Defendants–Appellees.

No. 06–35823.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 5, 2008.

Filed Feb. 13, 2008.

David N. Shomloo, Portland, OR, for the appellants.

Kelly A. Zusman, Assistant United States Attorney, Portland, OR, for the appellees.

---

1. We do not reach the question of whether the Department of Education committed any procedural violations because we agree with the district court that, even if it did, such procedural violations did not prejudice any of plaintiff's rights. *See* 451 F.Supp.2d at 1131–32.

* Michael B. Mukasey is substituted for his predecessor Alberto R. Gonzales, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

Before: PAMELA ANN RYMER, THOMAS G. NELSON, and RICHARD A. PAEZ, Circuit Judges.

**ORDER**

We AFFIRM, and adopt the opinion and order of the District Court of Oregon, filed on August 28, 2006, *see Park v. Gonzales,* 450 F.Supp.2d 1153 (D.Or.2006), as the opinion of this court.